Appellant, v. EMPIRE STEEL ERECTORS, INC., Third-Party Defendant-Respondent. — Motion granted and order dismissing appeal vacated on condition appellant's brief is filed and served on or before November 2, 1960 and demand for respondent's brief, with proof of service thereof is filed by November 10, 1960.

■ THOMAS KNIPE, JR., an Infant, Respondent, v. GEORGE J. HETTRICK, Appellant.— Motion granted, order dismissing appeal vacated, case added to the calendar for the January 1961 Term of court.

■ (A) AFDUCKEY McCONNELL, as Administratrix, Appellant, v. NIAGARA MOHAWK POWER CORP., Respondent. (B) JOSEPH PERITORE, Appellant, v. NIAGARA MOHAWK POWER CORP., Respondent.— Motion granted to prosecute appeal on typewritten papers and otherwise denied. Appeal dismissed unless records and briefs are filed and served on or before November 2, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term.

■ JOHN MOLINARI, Respondent, v. GARDEN PARTY HOUSE, INC., Appellant, et al., Defendant.— Motion granted and time for filing record and briefs extended to November 2, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term.

■ LEONARD REBEOR, Appellant, v. NICHOLSON CO., INC., Respondent and Third-Party Plaintiff-Respondent. ALLEN TYLER & SONS, INC., Third-Party Defendant-Respondent.— Motion granted and appeal dismissed, without costs.

■ HAROLD RISING, Respondent, v. JOSEPH J. KENDZIE, et al., Appellants. — Motion granted, order dismissing appeal vacated, on condition demand for respondent's brief and proof of service thereof is filed on or before November 2, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BATTAGLIA, Appellant.— Motion granted and time for argument of appeal enlarged to include November 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO D'ANGELO, Appellant.— Motion granted and time for argument of appeal enlarged to include November 1960 Term of court, on condition that appellant's briefs are filed and served on or before November 2, and respondent directed to file brief on or before November 17.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM L. HICE, Appellant.— Motion granted and appeal dismissed.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY LIPSITZ, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LEVIN, Appellant.— Motion granted to prosecute appeal on certified copy of judgment roll, 16 copies of printed brief, and time for argument of appeal enlarged to include November 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT McCUTCHEON, Appellant.— Motion granted to prosecute appeal on certified copy of judgment roll, five typewritten copies of appellant's brief; John J. Olszewski assigned as counsel to conduct appeal, time for argument of appeal enlarged to include November 1960 Term, and otherwise motion denied.